NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000848
08-JAN-2014
02:29 PM

CAAP-13-0000848

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Arbitration Between
ASSOCIATION OF BEACHHOUSE OWNERS OF KIAHUNA PLANTATION PHASE II,
a non-profit association, Petitioner-Appellant,
v.
ERIC A. KNUDSEN TRUST, et al., Respondents-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. S.P. NO. 13-1-0002)

ORDER APPROVING THE JANUARY 2, 2014
STIPULATION AND REQUEST FOR DISMISSAL
WITH PREJUDICE OF APPEAL AND CLAIMS AND PARTIES
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the "Stipulation and Request for Dismissal With Prejudice of Appeal and Claims and Parties" (Stipulation) filed on January 2, 2014 by Plaintiff-Appellant Association of Beachhouse Owners of Kiahuna Plantation, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation to Dismiss is approved, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, January 8, 2014.

Chief Judge

Associate Judge

Associate Judge